IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>BELLATOR SPORT WORLDWIDE LLC,<br><br>　　　　　　　　　Defendant. | Civil Case Number:  1:20-cv-10822-PGG-BCM |

## [~~PROPOSED~~] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 9, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-10822-PGG-BCM**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __10__ **day of March 2021.**

_Paul S. Gardephe_
_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE